# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RYAN PAUL SINGH,

    Plaintiff,

v.      No. 4:18-CV-717

KEVIN KAUFFMAN,      (Judge Brann)

    Defendant.

## ORDER

**AND NOW**, this 19th day of April 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Singh's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915A.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                                                 BY THE COURT:

                                                 *s/ Matthew W. Brann*
                                                 Matthew W. Brann
                                                 United States District Judge